FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-4915
_____

LEONARD EDWIN PARRY, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

October 11, 2019


PER CURIAM.

   We reject Appellant's argument that the child victim's hearsay statements were erroneously admitted, but agree that the trial court failed to enter a written order after finding Appellant competent and remand for entry of a nunc pro tunc order doing so. *See Hendrix v. State*, 228 So. 3d 674, 677 (Fla. 1st DCA 2017).

   AFFIRMED and REMANDED with instructions.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Sharon Traxler, Assistant Attorney General, Tallahassee, for Appellee.